UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4349 JFW (MRW) | Date | May 6, 2011 |
|---|---|---|---|
| Title | Krzysztof Wolinski v. Carolyn McNary et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**     (IN CHAMBERS) ORDER RE: MOTIONS

      Plaintiff filed two motions seeking injunctive relief (Docket # 48 and 50).  The motions are identical to Plaintiff's previous request for a "protective order" (Docket # 41).  The Court denied that request on April 27, 2011.  (Docket # 46.)  As such, the present motions are hereby DISMISSED as moot.  Plaintiff is ordered not to resubmit duplicative motions or other filings to the Court in the future.

      Plaintiff also filed a motion requesting the production of his trial transcript in discovery in the present case. (Docket # 49.)  Plaintiff's request is DENIED.  This case is not in the discovery phase.  The only defendant against whom the Court has allowed this case to proceed (Detective Mackey) has not been served with the amended complaint, nor has she filed a responsive pleading.  A party may not seek discovery from any source before conducting a conference under Federal Rule of Civil Procedure 26(f)(1).  See Fed. R. Civ. P 26(d)(1).  Given that such a conference has not occurred yet, Plaintiff's request is premature, and he may not undertake any discovery.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vm | |